IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| TOMMIE VINSON, JR., | ) | Case No. 19-06677 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**TRUSTEE'S REPORT OF SALE**

Pursuant to F.R.B.P. 6004(f)(1), the N. NEVILLE REID, Chapter 7 Trustee (the "Trustee") hereby reports the results of the sale which closed on January 14, 2022, following the Chapter 7 Trustee's Motion To Approve Sale of Property Pursuant to 11 U.S.C. §363(b) and (f), which was granted by Court Order dated June 2, 2021 [Docket Item No. 30]:

| | |
|---|---|
| Property Sold: | Debtor's ½ interest in real property located at 8240 South Loomis, Chicago, Illinois 60620 (the "Loomis Property") |
| Bidders | Patrice Vinson |
| Bids: | $85,000.00 from Patrice Vinson |
| Purchaser | Patrice Vinson |
| Total Sale Price: | $85,000.00 – No liens. |
| Funds Received by Trustee: | $35,290.14, representing the Debtor's ½ interest in the Loomis Property |

Dated: January 19, 2022

                                              /s/ Gregory K. Stern
                                              Attorney for N. Neville Reid, Trustee

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty ID # 6310248)
Dennis E. Quaid (Atty ID #2267012)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558